IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE PONCE,

    Plaintiff,

vs.                                                                                 No. CIV 13-0334 JB/ACT

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Defendant United States of America's Motion to Stay Discovery, filed October 18, 2013 (Doc. 19)("Motion to Stay Discovery"). The Court held a hearing on November 19, 2013. Because the Court intends to grant the Defendant United States of America's Motion to Dismiss, filed July 8, 2013 (Doc. 9), and intends to do so expeditiously, the Court will grant the Motion to Stay Discovery.

**IT IS ORDERED** that the Defendant United States of America's Motion to Stay Discovery, filed October 18, 2013 (Doc. 19), is granted.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Mark Anthony Acuna
Davis Law Firm
San Antonio, Texas

    *Attorneys for the Plaintiff*

Kenneth J. Gonzales
  United States Attorney
Ruth Fuess Keegan
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*